UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L. F., in his individual capacity and as parent of K.S.F. (Student 1) and K.S.F. (Student 2),<br><br>                Plaintiff,<br><br>   v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT #414,<br><br>               Defendant. | C17-375 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Plaintiff's motion for a temporary restraining order ("TRO") and a preliminary injunction, docket no. 3, is RENOTED in part (as to the request for a TRO) to March 24, 2017, and RENOTED in part (as to the request for a preliminary injunction) to April 7, 2017.

(2)  Any response to the motion for a TRO shall be filed by March 22, 2017, and any reply shall be filed by March 24, 2017.  Oral argument on the motion for a TRO is SCHEDULED for March 27, 2017, at 1:00 p.m.

(3)  Any response and any reply in connection with the motion for a preliminary injunction shall be filed in accordance with Local Civil Rule 7(d)(3).

(4)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.  Plaintiff's counsel shall serve a copy of this Minute Order on defendant and file proof of such service by noon on March 17, 2017.

Dated this 16th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1