UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.F., in his individual capacity and as parent of K.S.F. (Student 1) and K.S.F. (Student 2),

        Plaintiff,

v.

LAKE WASHINGTON SCHOOL DISTRICT #414,

        Defendant.

C17-375 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The oral argument on plaintiff's motion for a temporary restraining order ("TRO"), docket no. 3, scheduled for March 27, 2017, at 1:00 p.m., is STRICKEN. The Court will decide the motion for a TRO on the papers.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1