1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.F., in his individual capacity and as
parent of K.S.F. (Student 1) and K.S.F.
(Student 2),

Plaintiff,

v.

LAKE WASHINGTON SCHOOL
DISTRICT #414,

Defendant.

C17-375 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     Plaintiff's unopposed motion for leave to amend, docket no. 27, is
GRANTED, and plaintiff shall electronically file his amended complaint within seven (7)
days of the date of this Minute Order.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

Dated this 20th day of September, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1