UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

L.F. in his individual capacity and as parent of K.S.F. (Student 1) and K.S.F. (Student 2),

Plaintiff,

v.

LAKE WASHINGTON SCHOOL DISTRICT #414,

Defendant.

C17-375 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 34, the following briefing schedule is established:

(a) Defendant's consolidated (i) response to plaintiff's motion for partial summary judgment and (ii) cross-motion for summary judgment, which shall not exceed forty (40) pages in length, shall be filed on or before February 12, 2018, and noted for March 9, 2018;

(b) Plaintiff's consolidated (i) reply in support of his motion for partial summary judgment and (ii) response to defendant's cross-motion for summary judgment, which shall not exceed thirty (30) pages in length, shall be filed on or before March 2, 2018;

(c) Defendant's reply in support of its cross-motion for summary judgment shall not exceed fourteen (14) pages in length and shall be due on March 9, 2018.

MINUTE ORDER - 1

1     (2)    Plaintiff's motion for partial summary judgment, docket no. 33, is RENOTED to March 9, 2018.

2     (3)    The trial date of May 14, 2018, and all related dates and deadlines are STRICKEN, and will be reset, if appropriate, after the Court rules on the parties' dispositive motions.

     (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 26th day of January, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 2