UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L. F., in his capacity and as a parent of K.S.F. (Student 1) and K.S.F. (Student 2),<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT #414,<br><br>　　　　　　　　Defendant. | C17-375 TSZ<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　Plaintiff's Motion for Reconsideration, docket no. 50, is DENIED.

　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　Dated this 28th day of August, 2018.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1